IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO NAVARRO, | ) | No. C 12-02142 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| MATTHEW CATE, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983, challenging the conditions of his confinement at Ironwood State Prison ("ISP") in Blythe, California. Blythe is located in the County of Riverside, which lies within the venue of the Eastern Division of the Central District of California. Id. § 84(c)(1).

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). As a substantial part of the events or omissions giving rise to the claim occurred in the Central District, venue

1  properly lies in that district.  See 28 U.S.C. § 1391(b).

2      Accordingly, this case is TRANSFERRED to the United States District Court for
3  the Eastern Division of the Central District of California.  See 28 U.S. C. § 1406(a).  The
4  Clerk shall terminate any pending motions and transfer the entire file to the Central
5  District of California.

7  DATED:  7/24/2012                              *signature*
                                                  EDWARD J. DAVILA
8                                                 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARIO NAVARRO,

        Plaintiff,

  v.

MATTHEW CATE, et al.,

        Defendants.

Case Number: CV12-02142 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/25/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario Navarro V-31698
CSP-Ironwood State Prison
P. O. Box 2199
Blythe, CA 92226-2199

Dated: 7/25/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk