JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>            Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>            Defendants. | Case No. EDCV 12-1260 DDP (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:  September 5, 2023

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE